THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| IRAM SHAH SOOFIYAN; MOHAMMEDYASIN SOOFIYAN SHAH; and SIDRA SOOFIYAN SHAH,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATIONS SERVICES; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 2:23-cv-00842-DBB<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUGED

that Plaintiffs' action is dismissed without prejudice for failure to prosecute.

Signed October 30, 2024.

BY THE COURT

_____
David Barlow
United States District Judge